UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YOK

_____

JEROME GREENBERG,

                           Plaintiff,

   v.                                                                   Civil Action No. 11-cv-711

CAVALRY PORTFOLIO SERVICES, LLC,

                           Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Jerome Greenberg, hereby voluntarily dismisses this action against Defendant, Cavalry Portfolio Services, LLC.

Dated:  October 3, 2011

s/Brad J. Davidzik
Brad J. Davidzik, Esq.
Jeffrey Freedman Attorneys at Law
Attorneys for Plaintiff
424 Main Street, Suite 622
Buffalo, New York 14202
Telephone: 716.856.7091
Facsimile:  716.856.7097